1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   RAQUEL LAZO
3  Assistant Federal Public Defender
   Nevada State Bar No. 8540
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6  Raquel_Lazo@fd.org

7  Attorney for Jaime Eduardo Gonzalez-Camacho

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00455-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (First Request) |
| JAIME EDUARDO GONZALEZ-CAMACHO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jaime Eduardo Gonzalez-Camacho, that the Preliminary Hearing currently scheduled on September 18, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than October 15, 2025.

This Stipulation is entered into for the following reasons:

1.  Mr. Gonzalez-Camacho has entered into a plea agreement with the government. His fast track change of plea and sentencing is currently scheduled for October 15, 2025, at

11:00 a.m. The requested continuance will permit time for the hearing to be held and thereby obviate the need for the preliminary hearing scheduled before this Court.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow parties to negotiate.

6. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1 (d).

This is the first request for a continuance of the preliminary hearing.

DATED this 11th day of September 2025.

RENE L. VALLADARES  
Federal Public Defender

 */s/ Raquel Lazo*  
By_____  
RAQUEL LAZO  
Assistant Federal Public Defender

SIGAL CHATTAH  
Acting United States Attorney

 */s/ Clay Plummer*  
By_____  
CLAY PLUMMER  
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAIME EDUARDO GONZALEZ-CAMACHO,<br><br>　　　　Defendant. | Case No. 2:25-mj-00455-DJA<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Thursday, September 18, 2025 at 4:00 p.m. be vacated and continued to **October 20, 2025, at 4:00 p.m.**

　　DATED this 11th of September 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE